No. 83–5792. GRIFFIN *v.* TEXAS. Ct. Crim. App. Tex.;

No. 83–5818. CREECH *v.* IDAHO. Sup. Ct. Idaho;

No. 83–5836. WILLIE *v.* LOUISIANA. Sup. Ct. La.;

No. 83–5849. CLINES ET AL. *v.* ARKANSAS. Sup. Ct. Ark.;

No. 83–5897. SHRINER *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir.;

No. 83–5905. FITZPATRICK *v.* FLORIDA. Sup. Ct. Fla.;

No. 83–5909. HARICH *v.* FLORIDA. Sup. Ct. Fla.;

No. 83–5924. JOHNSON *v.* FLORIDA. Sup. Ct. Fla.;

No. 83–5939. DUNKINS *v.* ALABAMA. Sup. Ct. Ala.;

No. 83–5942. KNAPP *v.* ARIZONA. Super. Ct. Ariz., Maricopa County;

No. 83–5955. KNIGHTON *v.* LOUISIANA. Sup. Ct. La.;

No. 83–5973. LIGHTBOURNE *v.* FLORIDA. Sup. Ct. Fla.;

No. 83–5977. MASON *v.* FLORIDA. Sup. Ct. Fla.;

No. 83–5980. SONNIER *v.* MAGGIO, WARDEN. C. A. 5th Cir.;

No. 83–5999. OSBORN *v.* WYOMING. Sup. Ct. Wyo.; and

No. 83–6009. HAYES *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. Reported below: No. 83–5792, 665 S. W. 2d 762; No. 83–5818, 105 Idaho 362, 670 P. 2d 463; No. 83–5836, 436 So. 2d 553; No. 83–5849, 280 Ark. 77, 656 S. W. 2d 684; No. 83–5897, 715 F. 2d 1452; No. 83–5905, 437 So. 2d 1072; No. 83–5909, 437 So. 2d 1082; No. 83–5924, 438 So. 2d 774; No. 83–5939, 437 So. 2d 1356; No. 83–5955, 436 So. 2d 1141; No. 83–5973, 438 So. 2d 380; No. 83–5977, 438 So. 2d 374; No. 83–5980, 720 F. 2d 401; No. 83–5999, 672 P. 2d 777; No. 83–6009, 280 Ark. 509, 660 S. W. 2d 648.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.